*fnldATr*

# UNITED STATES BANKRUPTCY COURT
### Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Arthur J. Fisher<br><br>xxx−xx−9273<br>77 Hurst Avenue<br>Albany, NY 12208 | )<br>)<br>)<br>)Case Number: 13−11135−1−rel<br>)<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>) |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

William M. McCarthy−Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Albany, NY
DATED: 12/27/13

*BY THE COURT*


Robert E. Littlefield Jr.
Chief U.S. Bankruptcy Judge